## McKeown *v.* Rosenthal, Appellant.

Argued October 22, 1929. Before PORTER, P. J., TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

272

*John Edward Kehoe,* and with him *Wilhelm F. Knauer,* for appellant.

*I. Nathaniel Treblow,* for appellee.

PER CURIAM, October 30, 1929:
The judgment is affirmed on the opinion of the court below.